387 A.2d 113

Commonwealth ex rel. Tomlinson v. Tomlinson, Appellant.

Argued December 13, 1977. Michael P. Edmiston, for appellant; John B. Fowler, III, with him Garber, Fowler & Addams, for appellee.

Order affirmed.

387 A.2d 113

Commonwealth ex rel. Wiseman, Appellant,
v. Hahn, (two cases).

Argued December 9, 1977. Thompson J. McCullough, Assistant Public Defender, for appellant; Joseph H. Kleinfelter, Assistant District Attorney, with him Donald L. Reihart, District Attorney, for appellee.

Order affirmed.